IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIDGET ROBERTS**                                                                        **PLAINTIFF**

**v.**                                  **Case No. 4:20-cv-01326-LPR**

**PVH CORP.**                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant PVH Corp.

IT IS SO ADJUDGED this 27th day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE