# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3389

Bridget Roberts

Appellant

v.

PVH Corp

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-01326-LPR)

---

**MANDATE**

In accordance with the judgment of March 29, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 29, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Mar 29, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK