IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIDGET ROBERTS**                                                                                    **PLAINTIFF**

**v.**                                            **Case No. 4:20-cv-01326-LPR**

**PVH CORP.**                                                                                        **DEFENDANT**

**ORDER**

Pending before the Court is Defendant's Motion for Costs.[1]  Plaintiff did not oppose the Motion.  Defendant's Motion is GRANTED.  Defendant is awarded costs of $1,399.21.  The costs awarded to Defendant are taxable against Plaintiff as provided by Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920.

IT IS SO ORDERED this 9th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 66.